# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | **AMENDED** |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) | **FIRST MOTION TO CONTINUE** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:07-cr-003 |
| Nathan James Thiefoe, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the defendant, Nathan James Thiefoe's, "Motion to Continue" filed on February 14, 2007. Trial is currently scheduled to commence on March 5, 2007. Defense counsel asserts he needs additional time to complete his investigation and prepare for trial. Defense counsel also asserts he needs additional time to file and resolve pretrial motions and requests the trial be continued. The Government does not object to a reasonable continuance.

The Court finds that there is good cause to continue the trial and that the ends of justice are best served by continuing the trial pursuant to 18 U.S.C. § 3161 (h)(8)(A). Accordingly, the Court **GRANTS** the Defendant's Motion to Continue. (Docket No. 18). Trial shall be rescheduled for May 30, 2007, at 9:30 a.m. in Minot before Judge Hovland. A three (3) day trial is anticipated. All time which elapses from the date of this order until trial shall be excluded from any Speedy Trial Calculation. See 18 U.S.C. § 3161(h)(8)(A), (h)(8)(B)(iv), and (h)(1)(F).

**IT IS SO ORDERED**.

Dated this 15th day of February, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court