**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nathan James Thiefoe, | ) | Case No. 4:07-cr-003 |
| | ) | |
| Defendant. | ) | |

On May 7, 2007, the Defendant pled guilty to one count of abusive sexual contact. The Court ordered that a Presentence Report (PSR) be prepared by the United States Probation and Pretrial Services office. The Court also desires more information to assist in determining the mental condition of the Defendant and the appropriate sentence to be imposed. Pursuant to 18 U.S.C. § 3552(c), the Defendant is ordered to submit to a psychological evaluation and report, including a sex offender evaluation and risk assessment. The evaluation will be conducted by Dr. Eaton of Darveaux, Eaton and Associates, at the Ward County Detention Center, Minot, North Dakota on Thursday, June 28, 2007, at 9:00 a..m.

Dr. Eaton is to assess intellectual, social, emotional functioning, and any mental disorder including a determination of the existence of any sexual and gender identity disorders. The evaluation should examine the Defendant's propensity to harm himself or others, and attempt to establish the motivation and reasoning behind the sexual offenses which the Defendant was charged and convicted. The evaluation should also include a recommendation for treatment.

Upon completion of the Psychological Evaluation, a written report is to be sent to Michael McGrath, U.S. Probation/Pretrial Services Office, P.O. Box 1264, Minot, ND 58702-1264. The Psychological Evaluation <u>shall not</u> be included in the PSR ordered by the Court. A copy of the

evaluation and report, along with two (2) additional copies of the report for counsel, should also be sent to Chief Judge Daniel L. Hovland, United States District Court, P.O. Box 670, Bismarck, ND 58502-0670.  Upon receipt of the report, the Court will distribute copies to counsel.

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2007.

> */s/  Daniel L. Hovland*
> Daniel L. Hovland, Chief Judge
> United States District Court